# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JASON HUNTER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 07-598-JPG |
| MEARL J. JUSTUS, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing from this action.

|  |  |
|---|---|
| January 17, 2008 | By: s/ J. Phil Gilbert |
| *Date* | *U. S. District Judge* |